| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter  11 |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   TAWR Property Owner, Ltd.

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   87-0980544

4. **Debtor's address**

   **Principal place of business**  
   200 E. Basse, Suite 300  
   San Antonio, TX 78209  
   Number, Street, City, State & ZIP Code

   Bexar  
   County

   **Mailing address, if different from principal place of business**  
   _____  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**  
   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**  
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ■ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor  TAWR Property Owner, Ltd.                                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**  
A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  
*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list.
- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ☐ No
- ■ Yes.

Debtor   **TAWR Property Owner, Ltd.**  Case number (*if known*) _____
_____
Name

List all cases. If more than 1, attach a separate list

Debtor   See Attachment _____   Relationship _____

District _____   When _____   Case number, if known _____

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   TAWR Property Owner, Ltd.                                     Case number (if known)
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/2/2026
             MM / DD / YYYY

X _____        Darren B. Casey
Signature of authorized representative of debtor   Printed name

Title   Manager of the Sole Member of the GP

**18. Signature of attorney**

X   /s/ Davor Rukavina                          Date   02/03/2026
Signature of attorney for debtor                       MM / DD / YYYY

Davor Rukavina, Esq. 24030781
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

500 N. Akard St., Suite 4000
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone   214-855-7500        Email address

24030781 TX
Bar number and State

Debtor  TAWR Property Owner, Ltd.                                    Case number (if known)
        Name

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF TEXAS |
| Case number (if known) _____  Chapter  11 |

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor | C-5 Holdings, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | C-5 Investors Mezz, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | Tacara at Steubing Heights GP, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | Tacara at Steubing Heights Holdings, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | Tacara at Weiss Ranch GP, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | Tacara Weiss Ranch Investors GP, LLC | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | TASH Partnership, Ltd. | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | TASH Property Owner, Ltd. | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |
| Debtor | TAWR Preferred Partnership, LP | | | Relationship to you | Affiliate |
| District | Northern District of Texas | When | 2/02/26 | Case number, if known | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | Case No. _____ |
| | § | |
| TAWR PROPERTY OWNER, LTD., | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**DECLARATION FOR ELECTRONIC FILING OF
BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)**

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and *I hereby declare under penalty of perjury* that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within seven (7) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date: 2-2-26.          _____
                                      Debtor

**PART II: DECLARATION OF ATTORNEY:**

I declare *under penalty of perjury* that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: 02/03/2026 .       /s/ Davor Rukavina
                                      Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas

In re: TAWR Property Owner, Ltd.
Debtor(s)

Case No.
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tacara Weiss Ranch Investors GP, LLC<br>200 E. Basse, Suite 300<br>San Antonio, TX 78209 | | .01 | General Partner |
| TAWR Preferred Partnership, LP<br>200 E. Basse, Suite 300<br>San Antonio, TX 78209 | | 99.99 | Limited Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the Sole Member of the GP of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 2-2-26

Signature: Darren B. Casey

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

## RESOLUTION OF TAWR PROPERTY OWNER, LTD.

**THE UNDERSIGNED**, the general partner (the "General Partner") of TAWR Property Owner, Ltd. (the "Company"), duly organized and validly existing under the laws of the State of Texas, hereby consents to, adopts, approves, and ratifies, in their entirety, the following resolutions, which were adopted by the General Partner on February 2, 2026:

>**WHEREAS**, it is in the best interest of the Company to obtain relief in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, under Chapter 11, of Title 11 of the United States Code;
>
>**NOW, THEREFORE, BE IT RESOLVED**, that Darren B. Casey, is authorized and directed to execute and deliver all documents necessary for the filing of a chapter 11 bankruptcy case on behalf of the Company; and
>
>**RESOLVED, FURTHER**, that Darren B. Casey is authorized to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and
>
>**RESOLVED, FURTHER**, that Darren B. Casey is authorized to cause the Company to employ the law firm of Munsch Hardt Kopf & Harr, P.C., to represent the Company in such bankruptcy case and to direct and authorize the actions of such law firms.

**IN WITNESS WHEREOF**, the undersigned, as the General Partner of the Company, has executed this resolution as of February 2, 2026.

TAWR PROPERTY OWNER, LTD.

By: Tacara Weiss Ranch Investors GP, LLC,
a Texas limited liability company, its general partner

    By: TAWR Preferred Partnership, LP
a Delaware limited partnership, its Sole Member

        By: Tacara at Weiss Ranch GP, LLC,
a Texas limited liability company, its general partner

            By: _____
Darren B. Casey, its Manager