**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAWR PROPERTY OWNER, LTD., *et al.*, | § | Case No. 26-90162-elm11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

### SUPPLEMENTAL DECLARATION OF DOUGLAS J. BRICKLEY

I, Douglas J. Brickley, hereby declare the following and certify, under penalty of perjury pursuant to the laws of the United States and the State of Texas, that it is true and correct to the best of my knowledge and belief.

1.      My name is Douglas J. Brickley.  I am over the age of 18 years and am competent and otherwise qualified to make this Declaration.  I have personal knowledge of the matters stated herein and they are all true and correct to the best of my knowledge.

2.      I am executing this Supplemental Declaration in support of the *Application to Employ (I) Douglas J. Brickley as Chief Restructuring Officer; and (II) Stout Risius Ross, LLC as Financial Advisor for the Debtors* [Docket No. 117] (the "Application")[2] filed by the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 bankruptcy cases (the

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: C-5 Holdings, LLC (9822); C-5 Investors Mezz, LLC (9625); Baxter Contracting, LLC (2298); TAWR Property Owner, Ltd. (0544); TASH Property Owner, LLC (4107); TAWR Partnership, Ltd. (4172); Tacara Weiss Ranch Investors GP, LLC (4493); TAWR Preferred Partnership, LP (6900); Tacara at Weiss Ranch GP, LLC (4253); Tacara at Steubing Heights Holdings, LLC (1354); TASH Partnership, Ltd. (2168); Tacara at Steubing Heights GP, LLC (8403); Baxter Southwest Corporate Realty Services, Inc. (0163); Casey Calaveras LLC (1947); Casey Pearce LLC (8715); Casey UB GP, LLC (3841); Casey UB Partnership, Ltd. (7931); Casey UB Property Owner, Ltd. (9499); Casey Ventures, Inc. (0166); DCI Developers LLC (2552); "One Hailey Casey Limited" (8511); River Mill NB, LLC (6976); Stone Oak Retail GP, LLC (6923); Stone Oak Retail Partners, Ltd. (0495); Westpointe Retail Center, L.L.C. (8822); Tacara at Dove Creek GP, LLC (6070); TADC Partnership, Ltd. (5488); TADC Property Owner, Ltd. (1036); TAGS Partnership GP, LLC (4980); TAGS Partnership, Ltd. (5458); TAGS Property Owner, Ltd. (4551). The location of the Debtors' service address is 200 E. Basse, Suite 300, San Antonio, Texas 78209.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

"Chapter 11 Cases"), whereby the Debtors seek authority to employ and retain Douglas J. Brickley as Chief Restructuring Officer ("CRO") and Stout Risius Ross, LLC ("Stout") as financial advisor to the Debtors.

3.      I am a Managing Director with the firm Stout Risius Ross, LLC ("Stout" or the "Firm"), in their offices at 1000 Main Street, Suite 3200, Houston, Texas 77002.  Stout maintains a principal office at One South Wacker Drive, 38th Floor, Chicago, IL 60606.

**Supplemental Disclosures**

4.      Prior to the Petition Date, Stout received a retainer from Debtors in the total amount of $215,662 (the "Retainer") paid in installments of $100,000 on January 23, 2026, and $115,662 on January 30, 2026.  Pursuant to Bankruptcy Rule 2016(b), Stout has neither shared nor agreed to share (a) any compensation received or to be received with another party or person or (b) any compensation another person or party has received or may receive.  Prior to the Petition Date, Stout drew down the Retainer in the amount of $116,688.95, leaving a Retainer balance of $98,973.05.  As of the Petition Date, no amounts were due and owing from the Debtors to Stout for professional services rendered before the Petition Date.

5.      Further, prior to the Petition Date, Stout's Retainer was funded by the following Debtors: (i) $53,915.50 from TADC Property Owner, Ltd.; (ii) $53,915.50 from TAGS Property Owner, Ltd.; (iii) $53,915.50 from TASH Property Owner, LLC; and (iv) $53,915.50 from TAWR Property Owner, Ltd.

6.      Stout will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Stout will use reasonable efforts to identify

- 3 -

such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

7.     Accordingly, to the best of my knowledge, I and the other professionals of Stout are disinterested for purposes of section 101(14) of the Bankruptcy Code and are qualified to serve as CRO and financial advisor for the Debtors in these Chapter 11 Cases.

8.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on March 19, 2026.

*/s/ Douglas J. Brickley*
Douglas J. Brickley
Chief Restructuring Officer