

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 27, 2026**

_____

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAWR PROPERTY OWNER, LTD., *et al.*, | § | Case No. 26-90162-elm11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## SECOND INTERIM CASH COLLATERAL ORDER

Came on for consideration the *Debtors' Emergency Motion for Entry of Interim and Final*

*Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection;*

*(III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 17] (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: C-5 Holdings, LLC (9822); C-5 Investors Mezz, LLC (9625); Baxter Contracting, LLC (2298); TAWR Property Owner, Ltd. (0544); TASH Property Owner, LLC (4107); TAWR Partnership, Ltd. (4172); Tacara Weiss Ranch Investors GP, LLC (4493); TAWR Preferred Partnership, LP (6900); Tacara at Weiss Ranch GP, LLC (4253); Tacara at Steubing Heights Holdings, LLC (1354); TASH Partnership, Ltd. (2168); Tacara at Steubing Heights GP, LLC (8403); Baxter Southwest Corporate Realty Services, Inc. (0163); Casey Calaveras LLC (1947); Casey Pearce LLC (8715); Casey UB GP, LLC (3841); Casey UB Partnership, Ltd. (7931); Casey UB Property Owner, Ltd. (9499); Casey Ventures, Inc. (0166); DCI Developers LLC (2552); "One Hailey Casey Limited" (8511); River Mill NB, LLC (6976); Stone Oak Retail GP, LLC (6923); Stone Oak Retail Partners, Ltd. (0495); Westpointe Retail Center, L.L.C. (8822); Tacara at Dove Creek GP, LLC (6070); TADC Partnership, Ltd. (5488); TADC Property Owner, Ltd. (1036); TAGS Partnership GP, LLC (4980); TAGS Partnership, Ltd. (5458); TAGS Property Owner, Ltd. (4551). The location of the Debtors' service address is 200 E. Basse, Suite 300, San Antonio, Texas 78209.

---

"Motion") filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").  Through the Motion, the Debtors seek the entry of this second interim order (this "Order") immediately authorizing their use of property which may constitute "Cash Collateral" (as that term is defined in 11 U.S.C. § 363(a)), effective as of, in each case, the "Petition Date": (a) February 2, 2026, with respect to the C-5 Debtors[2], (b) February 3, 2026 with respect to the Weiss Ranch Debtors[3] and the Steubing Heights Debtors[4], and (c) February 6, 2026 with respect to (i) the Gruene Debtors[5], (ii) the Dove Creek Debtors[6], (iii) the Casey UB Debtors[7], (iv) the Stone Oak Retail Debtors[8], (v) River Mill NB, LLC ("River Mill NB"), (vi) Casey Calaveras LLC ("Casey Calveras"), Casey Pearce LLC ("Casey Pearce"), (vii) Westpointe Retail Center, LLC ("Westpoint Retail"), (viii) Baxter Contracting, LLC ("Baxter Contracting"), (ix) Baxter Southwest Corporate Realty Services, Inc. ("Baxter Southwest"), (x) Casey Ventures, Inc. ("Casey Ventures"), (xi) DCI Developers LLC ("DCI Developers"), and (xii) "One Hailey Casey Limited" ("One Hailey Casey").  Through the Motion, the Debtors also propose certain forms of adequate protection to entities that may have an interest in such property, including the Lenders (as defined below).

After considering the evidence presented or proffered at the hearing on the Motion, and the statements and representations of the parties made on the record at the hearing on the Motion, and

---

[2]   The "C-5 Debtors" are C-5 Holdings, LLC and C-5 Investors Mezz, LLC.

[3]   The "Weiss Ranch Debtors" are (i) TAWR Property Owner, Ltd., (ii) TAWR Preferred Partnership, LP, (iii) TAWR Partnership, Ltd., (iv) Tacara Weiss Ranch Investors GP, LLC, and (v) Tacara at Weiss Ranch GP, LLC.

[4]   The "Steubing Heights Debtors" are (i) TASH Property Owner, LLC, (ii) TASH Partnership, Ltd., (iii) Tacara at Steubing Heights Holdings, LLC, and (iv) Tacara at Steubing Heights GP, LLC.

[5]   The "Gruene Debtors" are (i) TAGS Property Owner, Ltd., (ii) TAGS Partnership, Ltd., and (iii) TAGS Partnership GP, LLC.

[6]   The "Dove Creek Debtors" are (i) TADC Property Owner, Ltd., (ii) TADC Partnership, Ltd., and (iii) Tacara at Dove Creek GP, LLC.

[7]   The "Casey UB Debtors" are (i) Casey UB Property Owner, Ltd., (ii) Casey UB Partnership, Ltd., and (iii) Casey UB GP, LLC.

[8]   The "Stone Oak Retail Debtors" are (i) Stone Oak Retail Partners, Ltd. and (ii) Stone Oak Retail GP, LLC.

---

SECOND INTERIM CASH COLLATERAL ORDER — Page 2

after due deliberation and consideration, the Court finds that the Motion and this Order is needed to avoid immediate and irreparable harm, in the best interests of the Debtors, the creditors, and the estates, and that good and sufficient cause exists for granting the relief set forth herein.  Therefore, the Motion is **GRANTED** on an interim basis, as provided below.  The Court further finds that:

1.      **Petition Date**.  On the Petition Date, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), commencing the above-styled bankruptcy cases (the "Bankruptcy Cases").  The Debtors continue to operate their businesses and manage their property as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      **Jurisdiction and Venue**.  This Court has jurisdiction over these Bankruptcy Cases and the Motion pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  Consideration of the Motion constitutes a core proceeding as described by 28 U.S.C. § 157(b)(2).

3.      **Committee Formation**.  To date, no trustee, examiner, or statutory committee ("Committee") has been appointed in these Bankruptcy Cases.

4.      **Prepetition Lenders**.  The prepetition lenders (individually, a "Lender", and collectively, the "Lenders") to certain of the Debtors include the Lenders identified on **Exhibit B** attached hereto.

5.      **Prepetition Loan Documents**.  As of the Petition Date, the Debtors were indebted to Lenders under certain prepetition loans between certain Lenders and certain Debtors, and guaranteed by other non-debtors (the "Prepetition Loans").  The Debtors' obligations under the Prepetition Loans (the "Prepetition Loan Obligations") are evidenced by the loan documents (as may or have been amended, supplemented, or modified from time to time, and together with all

promissory notes, security agreements, deeds of trust, and all other documents creating, governing, evidencing, and/or securing the Prepetition Loan Obligations, collectively the "Prepetition Loan Documents", including, but not limited to, those described on **Exhibit B** attached hereto.

With respect to BCL CRE 3 LLC ("BCL"), River Mill NB, Stone Oak Retail Debtors, Baxter Southwest, and Casey Calaveras (collectively, with River Mill NB, Stone Oak Retail Debtors, and Baxter Southwest, the "BCL Debtors") admit, stipulate, acknowledge, and agree that they entered into certain agreements with BCL as set forth on **Exhibit B-1** attached hereto.

As of the Petition Date, BCL asserts (but the BCL Debtors are not, prior to the entry of a final order granting the Motion (the "Final Order") or the end of the Challenge Period (defined below), whichever occurs first, admitting, stipulating, acknowledging, or agreeing) that the River Mill Borrowers were indebted to BCL under the BCL Loan Documents in the aggregate amount of $18,964,873.83 (the "BCL Prepetition Obligations"), plus all accrued and unpaid interest and any fees, expenses, indemnification obligations, guarantee obligations, reimbursement obligations (including, without limitation, any attorneys', accountants', consultants', appraisers' and financial and other advisors' fees that are chargeable to or reimbursable by the BCL Debtors), and all other amounts payable under the BCL Loan Documents (collectively with the BCL Prepetition Obligations, the "BCL Obligations").

6.     **Prepetition Loan Liens**. Subject to the Challenge Period detailed in Paragraph 14 below, the Prepetition Loans are secured by various instruments, assignments, and certificates, including the Prepetition Loan Documents and the UCC-1 financing statements, including, but not limited to, those described on **Exhibit C**, which were (a) filed of record in appropriate jurisdictions, and (b) granted Lenders senior liens and security interests in certain of the Debtors' assets (the "Prepetition Loan Liens") as further described by or defined by the Prepetition Loan

Documents (collectively, as may or have been amended, supplemented, or modified from time to time, and together with all documents creating, governing, evidencing and/or securing the Prepetition Loan Obligations, collectively the "Prepetition Loan Collateral").

With respect to BCL, the BCL Debtors admit, stipulate, acknowledge, and agree that:

i.    They granted liens (collectively, the "BCL Liens") in favor of BCL to secure repayment of the BCL Obligations pursuant to the River Mill Security Documents and the BCL Second Lien Security Documents in the collateral (collectively, the "BCL Collateral") described in the River Mill Security Documents and the BCL Second Lien Security Documents, including but not limited to the BCL Properties;

ii.    Subject to the Challenge Period detailed in Paragraph 14 below, (i) the BCL Liens are valid, binding, enforceable, and non-avoidable; (ii) the BCL Liens are properly perfected by the recording of the deeds of trust in the applicable counties and the filing of the River Mill UCC; and (iii) BCL holds a first-priority lien position with respect to the River Mill Property pursuant to the River Mill Security Documents and a second-priority lien position with respect to the Stone Oak Property, the Baxter Property, the Calaveras Property, pursuant to the BCL Second Lien Security Documents; and

iii.    Subject to the Challenge Period detailed in Paragraph 14 below, they do not possess and will not assert any claim, counterclaim, setoff or defense of any kind, nature or description that would in any way affect the validity, enforceability and non-avoidability of any of the BCL Liens, or any claims or security interests in the BCL Collateral.

7.    **Cause Shown**.  Good cause has been shown for the entry of this Order.  The Debtors require the use of Cash Collateral to operate their businesses and to avoid immediate and irreparable harm to their estates.  Without the use of Cash Collateral, the Debtors will not be able to meet their cash requirement for working capital needs, payroll, or to fund the administration of these Bankruptcy Cases.  The adequate protection provided herein and other benefits and privileges contained herein are consistent with and authorized by the Bankruptcy Code and are expected to provide partial adequate protection for the Lenders' interests in the Prepetition Loan Collateral under this Order.  The terms and conditions set forth in this Order are fair, just, and reasonable under the circumstances and reflect the Debtors' exercise of their prudent business judgment consistent with their fiduciary duties.

8.    **Notice**.  The Court finds that the notice to the United States Trustee, Lenders, and the Debtors' creditors was sufficient under the circumstances.  Entry of this Order is justified and appropriate under the circumstances, is in the best interest of the estates, and necessary to avoid immediate and irreparable harm.

9.    **First Interim Order**.  On February 13, 2026, this Court entered the *Interim Order Granting Debtors' Emergency Motion of Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing; and (IV) Granting Related Relief* [Docket No. 58] (the "First Interim Order").  A second interim hearing on the Motion was held on March 12, 2026 and continued on March 23, 2026.

**IT IS THEREFORE ORDERED AND ADJUDGED** as follows:

10.    **Motion Granted**.  The Motion is hereby granted on an interim basis on the terms set forth in this Order.  Any objections to the entry of this Order that have not been previously resolved or withdrawn, including any reservations of rights therein, are hereby overruled on their merits.

11.    **Use of Cash Collateral**.  Unless otherwise ordered by the Court, the Debtors are hereby authorized to use Cash Collateral as set forth in each of the budgets (each, a "Budget" and, collectively, "Budgets") attached hereto as **Exhibit A**, to the extent set forth herein.  The Debtors' aggregate expenditures under the Budgets will be tested weekly on a stand-alone and cumulative basis (*i.e.*, the sum of all actual amounts expended for the current week in each Budget cannot exceed 110% of the sum of all budgeted disbursements for such cumulative period).  On or prior to 11:59 p.m. prevailing Central time on each Friday before the Maturity Date, the Debtors shall prepare and deliver to Lenders, and their counsel, a written reconciliation (by line item and on a cumulative basis) of the actual collections and disbursements for the immediately preceding week

with the budgeted collections and disbursements set forth in each Budget.  The Budgets may be amended or extended from time to time by written agreement between applicable Lenders (including any applicable second lien lender) and the Debtors without further order of this Court, and such amended budget shall become the Budget under this Order.  The Debtors shall file with this Court notice of any such agreed amended budget.  The Debtors shall solely make expenditures only for the purposes and up to the amounts set forth in the Budgets, unless applicable Lenders consent in writing or the Court approves such additional expense(s) after notice and a hearing.  The Debtors shall not, without prior written approval from applicable Lenders (including any applicable second lien lender), make any expenditures that exceed 110% of each weekly stand-alone or cumulative budget.  Any legal and professional fees set forth in the attached Budgets remain subject to interim and final allowance by this Court and remain subject to all applicable provisions of the Bankruptcy Code and the Bankruptcy Local Rules, including, but not limited to, sections 327 and 330 of the Bankruptcy Code.  The Debtors shall not make any payments to Insiders (as defined by section 101(31) of the Bankruptcy Code) or Affiliates (as defined by section 101(2) of the Bankruptcy Code), unless expressly identified on the Budgets as such.

12.      **Partial Adequate Protection**.  As partial adequate protection, subject to Paragraph 18 of this Order, Lenders are hereby granted:  automatic perfected replacement liens (the "Replacement Liens") solely on each Lender's respective Prepetition Loan Collateral pursuant to their respective Prepetition Loan Documents, including all such property generated or obtained after the Petition Date (the "Replacement Collateral").  The Replacement Liens on the Replacement Collateral (i) are granted solely to the extent that the Debtors' use of Cash Collateral results in a diminution in value of the Prepetition Loan Collateral; (ii) will be evidenced by the existing Prepetition Loan Documents and this Order; and (iii) will have the same validity and

priority as the applicable Lender's existing liens and security interests under the Prepetition Loan Documents as of the Petition Date. The Replacement Liens shall constitute legal, valid, binding, fully perfected, and non-avoidable obligations of the Debtors, enforceable against the Debtors' estates and their respective successors and assigns, including, without limitation, any successor trustee or other estate representative in these Bankruptcy Cases or any subsequent or superseding proceedings under Chapter 7 or Chapter 11 of the Bankruptcy Code (a "Subsequent Proceeding"), in accordance with the terms of this Order, notwithstanding the occurrence of a Termination Event (as hereinafter defined) or the Maturity Date (as hereinafter defined).

Notwithstanding anything herein to the contrary, the Replacement Liens are subject and subordinate only to any valid, non-avoidable, properly-perfected liens on any of the Prepetition Loan Collateral that are senior in priority to the Prepetition Loan Liens as of the Petition Date or as perfected subsequent to the Petition Date as permitted by section 546(b) of the Bankruptcy Code.

As further adequate protection, the Debtors agree to timely pay all insurance, utilities, and postpetition real estate taxes as they become due in the ordinary course of business.

13. **Additional Adequate Protection for FirstBank Southwest**. As additional adequate protection for FirstBank Southwest ("FBSW"), the Casey UB Debtors shall provide adequate protection payments on a per diem basis from the Petition Date through the interim period at the non-default rate of interest under the applicable Prepetition Loan Documents of FBSW (*i.e.*, $1,357.09 per day). The first payment shall be paid within seven (7) days of the entry of this Order. The Debtors and FBSW reserve all of their rights regarding, without limitation, the following issues for determination at a subsequent or final hearing on this Motion:

a.     any and all issues pertaining to the intercompany funds transferred and/or to be transferred from the Casey UB Debtors to Baxter Southwest, Baxter Contracting, or any other Debtors under the Budget or previous budgets;

b.     the aggregate amount of adequate protection to which FBSW is entitled from and after the Petition Date under the applicable Prepetition Loan Documents;

c.     any and all forms of adequate protection to which FBSW may be entitled to under a final order on this Motion;

d.     whether rents generated by the tenants of the Casey UB Debtors may be swept post-petition by a continuation of the enforcement of remedies by FBSW prior to the Petition Date; and

e.     the final amount of the allowed secured claims of FBSW, including any amounts by which such claim may be increased under section 506(b) of the Bankruptcy Code.

The Casey UB Debtors shall promptly supply to FBSW, but not later than three (3) days prior to the next hearing on the Motion, the detail of the expenses previously paid and/or to be paid under the Budget(s) including but not limited to the component details of any amounts paid and/or to be paid to Baxter Southwest, Baxter Contracting, or any other Debtors.

14.     **Challenge Periods**. Except as set forth herein, all parties-in-interest to these Bankruptcy Cases, including (a) the Debtors, any trustee, examiner, or other estate representative appointed in these Chapter 11 Cases, including any Committee, and (b) any trustee, examiner, or other estate representative appointed in a Subsequent Proceeding, including a Committee, shall have until June 1, 2026 to commence an adversary proceeding against the Lenders to:

a.     challenge the amount, validity, extent, priority, perfection, enforceability, and non-avoidability of the Prepetition Loan Obligations, the Prepetition Loan Documents, and/or Prepetition Loan Liens;

b.     seek to avoid or challenge (whether pursuant to Chapter 5 of the Bankruptcy Code or otherwise) any transfer made by or on behalf of the Debtors to or for the benefit of a Lender prior to the Petition Date; or

c.       seek damages or equitable relief against a Lender arising from or related to its prepetition business and lending relationships with the Debtors (collectively, a "Challenge").

Notwithstanding the foregoing, the Challenge Period (defined below) for the Debtors shall expire on the earlier of May 1, 2026 or the entry of the Final Order.

15.      **No Challenge After Expiration of Challenge Period**.   All parties-in-interest, including (a) the Debtors, (b) any trustee, examiner, or other estate representative appointed in these Bankruptcy Cases, including any Committee, and (c) any trustee, examiner, or other estate representative appointed in a Subsequent Proceeding, that fail to act in accordance with the time periods set forth in the immediately preceding paragraph (the "Challenge Period") shall be, and hereby are, forever barred from commencing a Challenge or challenging in any manner the Prepetition Loan Obligations, the Prepetition Loan Documents, and the Prepetition Loan Liens, and shall be bound by the waivers, and all other terms set forth in this Order.

16.      **Insurance**.   The Debtors shall maintain adequate insurance coverage on the Prepetition Loan Collateral, including, but not limited to, as may be required under the Prepetition Loan Documents, or any loan document, note, agreement, letter agreement, security agreement, guarantee, or other documents executed by the Debtors in favor of any Lender.

17.      **Taxes**.   The Debtors shall remain current on all post-petition tax payment and reporting obligations.

18.      **No Lien Upon Avoidance Actions**.   The Replacement Liens granted herein shall not attach to any avoidance actions pursuant to sections 544, 545, 547, 548, and 553(b) of the Bankruptcy Code or the proceeds and funds received from the same.

19.      **Perfection of Liens**.   The Replacement Liens are, and shall be, valid, perfected, enforceable and effective as of the Petition Date without the need for any further action by the Debtors, Lenders, or the necessity of execution or filing of any instruments or agreements.

SECOND INTERIM CASH COLLATERAL ORDER — Page 10

20. **Termination of Use of Cash Collateral**. The Debtors' right to use Cash Collateral shall expire, and the Debtors shall immediately cease using the Cash Collateral upon the occurrence of a Termination Event (as defined below) that is not otherwise waived in writing by Lenders, or the occurrence of the Maturity Date (as defined below).

21. **Termination Events**. The Debtors shall immediately cease using Cash Collateral upon the occurrence of any of these events (each a "Termination Event"), unless waived in writing by the applicable Lender:

    a.    the Debtors violate any term of this Order, including if expenses exceed 110% on an aggregate basis for any respective Budget and/or failure to satisfy any reporting requirements herein; *provided*, *however*, that such violation cannot be resolved after two (2) business days' notice to the Debtors for opportunity to seek a Hearing before this Court; or

    b.    the entry of an order:

        i)    converting any one of these Bankruptcy Cases to a case under Chapter 7 of the Bankruptcy Code;

        ii)    dismissing these Bankruptcy Cases; or

        iii)    the granting of relief from the automatic stay of section 362(a) of the Bankruptcy Code to any party that claims an interest in any of the Prepetition Loan Collateral or in any of the Replacement Collateral other than the respective Lender.

After Lender becomes aware of an unwaived Termination Event, Lender shall file a notice of such Termination Event with this Court.

22. **Term**. Unless extended by written agreement of the Debtors and the Lenders, the term of this Order and the authorization of the use of Cash Collateral shall cease on the earliest to occur of the following (the "Maturity Date"): (a) April 17, 2026 (the "Termination Date"); (b) the occurrence of a Termination Event under this Order; (c) the sale of all or substantially all assets of the Debtors; and (d) confirmation of a Chapter 11 plan in these Bankruptcy Cases.

23. **Reservation of Rights**.  Neither the Debtors nor Lenders shall be limited or prohibited by this Order or otherwise in seeking additional adequate protection for the use of Cash Collateral as provided herein.  Further, except as expressly stated herein, nothing in this Order is intended to or shall modify any terms or rights of the Prepetition Loan Documents.

24. **Notice**.  Within three (3) business days after entry of this Order, Debtors' counsel shall serve a copy of this Order on the following parties: (a) the Debtors; (b) the Lenders; (c) the Office of the United States Trustee; (d) all creditors known to the Debtors who have or may assert liens against the Debtors' assets; and (e) all parties-in-interest who have filed a notice of appearance.

25. **Lender's Cash Collateral**.  Each Lender's Cash Collateral comprises all accounts and all income, proceeds, products, rents, or profits of such Lender's respective Prepetition Loan Collateral and/or Replacement Collateral that are now in the possession, custody, or control of the Debtors, or in which the Debtors will obtain an interest during the pendency of these Bankruptcy Cases.

26. **No Payments on Prepetition Debts**.  The Debtors are prohibited from paying any indebtedness or transferring property to vendors, contractors, customers, or other persons whose debt may have been incurred prior to the Petition Date, except upon separate order of this Court.

27. **Additional Reporting Requirements**.  Further, unless otherwise specified below, monthly commencing on April 3, 2026 and on the tenth (10th) day of each month thereafter, or if such information is to be provided weekly commencing on March 27, 2026 and on every Friday thereafter, the Debtors shall provide Lenders, by email, with the following items:

   a. a printout of the bank activity from each of the Debtors' DIP Accounts (as defined below) commencing on the Petition Date;

    b.      sufficient information to identify the amount and payee of each payroll disbursement from the DIP Accounts (as defined below) since the Petition Date;

    c.      to the extent not already provided to Lenders, a budget for the following four-week period detailing all of the Debtors' expected revenue, expenses, and disbursements;

    d.      monthly and weekly reconciliation of the Budgets to actual revenue, expenses, and disbursements; and

    e.      to the extent applicable to a specific Lender's Prepetition Loan Collateral, a copy of all future Greystar monthly owner reports within two (2) business days of receipt by the Debtors; *provided that*, to the extent necessary to keep information confidential, the Debtors may require execution of a non-disclosure agreement and/or entry of a protective order by this Court prior to delivery of any report.

28. **Cash Management**. The Debtors shall maintain accounts with East West Bank (collectively, the "DIP Accounts"). The Debtors shall immediately segregate, remit, and deposit all Cash Collateral in the Debtors' possession, custody, or control, or which the Debtors may receive in the future, into the DIP Accounts. All Cash Collateral collected by the Debtors shall be promptly transferred by the Debtors to the DIP Accounts. The Debtors shall be prohibited from withdrawing or using funds from the DIP Accounts except as provided for in the Budgets, this Order, or pursuant to further order of this Court.

29. **Modification of the Automatic Stay**. The automatic stay is hereby modified to the extent necessary to permit the Lenders:

    a.      to take all actions necessary to implement this Order; and

    b.      to file, in their sole discretion, this Order or any of the foregoing documents to give notice of such liens and security interests.

30. **Taxing Authorities**. For clarity and the avoidance of any doubt, notwithstanding any provisions in the Interim Order or Final Order, the statutory ad valorem tax liens for prepetition and post-petition ad valorem taxes for Bexar County, Kerr County, Aransas County, Comal

SECOND INTERIM CASH COLLATERAL ORDER — Page 13

County, and Guadalupe County shall retain their statutory lien priority as provided by applicable nonbankruptcy law and shall not be primed by nor subordinated to any liens granted thereby or pursuant to this Interim Order to the extent such ad valorem tax liens are valid, senior, perfected, and unavoidable, and all parties' rights to object to the priority, validity, amount, and extent of the claims and liens asserted by the ad valorem tax entities are fully preserved.

31.     **Findings and Conclusions**.  To the extent any findings of fact may constitute conclusions of law, and *vice versa*, they are hereby deemed as such.

32.     **Immediate Effect**.  This Order shall take effect immediately on execution hereof, notwithstanding the possible application of Bankruptcy Rules 4001(a)(3), 6004(h), 7062, or 9014.

33.     **No Alteration of Order by Plan**.  Subject to entry of the Final Order, the terms of this Order shall not be altered, modified, extended, impaired, or affected by any plan of reorganization of the Debtors.

34.     **This Order Controls**.  To the extent any provision of this Order conflicts or is inconsistent with any provision of the Motion, the provisions of this Order shall control.

35.     **Retention of Jurisdiction**.  The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

36.     **Final Hearing**.  The Final Hearing on the Motion is to be scheduled and duly noticed by the Debtors and take place in person and virtually via WebEx before the Honorable Edward L. Morris, U.S. Courthouse, 501 W. 10th Street, Room 204, Fort Worth, Texas, 76102 and/or WebEx Link: https://us-courts.webex.com/meet/morris - Meeting Number 2309-445-3213. For WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207, Meeting ID: 2309-445-3213.  Any party-in-interest objecting to the entry of a Final Order granting the Motion on a final basis must submit any such objection in writing and file same with this Court and serve

such objection on the Debtors, Debtors' counsel, and Lenders' counsel so as to be actually received by such parties no later than seven (7) days prior to the Final Hearing.

### END OF ORDER ###

**EXHIBIT A**

**Budgets**

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Budget Forecast - Consolidated

*(shown in USD)*

| Week Number --> | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts**[1] | **138,692** | **1,138,989** | **208,276** | **63,707** | **1,549,665** |
| **Operating Disbursements**[1] | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Operating Costs | (81,053) | (40,247) | (30,727) | (38,146) | (190,173) |
| Management Fee | (60,191) | (10,760) | (50,624) | (37,630) | (159,205) |
| Insurance | (58,261) | - | (24,096) | (525) | (82,882) |
| Internet & Software | (7,420) | (4,150) | (415) | (240) | (12,225) |
| Office Rent | - | (8,180) | - | - | (8,180) |
| Payroll & Benefits | (80,200) | (155,765) | - | (156,899) | (392,863) |
| Taxes | - | - | - | - | - |
| Utilities | (28,367) | (51,363) | (39,894) | (8,208) | (127,832) |
| Other Miscellaneous Expenses | (7,567) | (11,001) | (1,108) | (3,198) | (22,873) |
| **Total Operating Disbursements** | **(323,059)** | **(281,466)** | **(146,865)** | **(244,846)** | **(996,235)** |
| **Net Cash Flow from Operations** | **(184,368)** | **857,524** | **61,412** | **(181,138)** | **553,429** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | (5,000) | (5,000) |
| Secured Lender - Interest | - | (61,069) | - | - | (61,069) |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **(61,069)** | **-** | **(5,000)** | **(66,069)** |
| **Net Cash Flow Before Restructuring** | **(184,368)** | **796,455** | **61,412** | **(186,138)** | **487,360** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **(184,368)** | **796,455** | **61,412** | **(186,138)** | **487,360** |
| **Liquidity Summary**[1] | | | | | |
| Beginning Cash Balance | 4,676,371 | 4,492,003 | 5,288,458 | 5,349,869 | 4,676,371 |
| Intercompany Transfers | - | - | - | - | - |
| Net Cash Flow | (184,368) | 796,455 | 61,412 | (186,138) | 487,360 |
| **Ending Cash Balance** | **4,492,003** | **5,288,458** | **5,349,869** | **5,163,731** | **5,163,731** |

**Footnotes:**

*[1] The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: C-5 Holdings, LLC

**Project:** Land (28.15 acres)

*(shown in USD)*

**Lender:** Randolph Brooks Federal Credit Union

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Week Number --> | | | | | |
| Actual / Forecast --> | Forecast | Forecast | Forecast | Forecast | Total |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts[1]** | - | - | - | - | - |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | - | (280) | - | - | (280) |
| Other Miscellaneous Expenses | - | (5,867) | - | - | (5,867) |
| **Total Operating Disbursements** | - | (6,147) | - | - | (6,147) |
| **Net Cash Flow from Operations** | - | (6,147) | - | - | (6,147) |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow Before Restructuring** | - | (6,147) | - | - | (6,147) |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | - | - | - | - | - |
| **Net Cash Flow** | - | (6,147) | - | - | (6,147) |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 7,776 | 7,776 | 1,628 | 1,628 | 7,776 |
| Net Cash Flow | - | (6,147) | - | - | (6,147) |
| **Ending Cash Balance** | **7,776** | **1,628** | **1,628** | **1,628** | **1,628** |

**Footnotes:**

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: Baxter Contracting

**Purpose:** General contracting construction company

*(shown in USD)*

**Lender:** Jefferson Bank

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| Week Number --> | 1 | 2 | 3 | 4 | |
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts[1]** | - | - | - | - | **-** |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | (13,826) | - | - | - | (13,826) |
| Internet & Software | (5,980) | - | - | - | (5,980) |
| Office Rent | - | (8,180) | - | - | (8,180) |
| Payroll & Benefits | - | (37,062) | - | (27,172) | (64,235) |
| Taxes | - | - | - | - | - |
| Utilities | - | - | - | - | - |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | **(19,806)** | **(45,243)** | **-** | **(27,172)** | **(92,221)** |
| **Net Cash Flow from Operations** | **(19,806)** | **(45,243)** | **-** | **(27,172)** | **(92,221)** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | (5,000) | (5,000) |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **(5,000)** | **(5,000)** |
| **Net Cash Flow Before Restructuring** | **(19,806)** | **(45,243)** | **-** | **(32,172)** | **(97,221)** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **(19,806)** | **(45,243)** | **-** | **(32,172)** | **(97,221)** |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 16,924 | 5,000 | 5,000 | 5,000 | 16,924 |
| Intercompany Transfers[2,3] | 7,882 | 45,243 | - | 32,172 | 85,297 |
| Net Cash Flow | (19,806) | (45,243) | - | (32,172) | (97,221) |
| **Ending Cash Balance** | **5,000** | **5,000** | **5,000** | **5,000** | **5,000** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temproary working capital needs.*

[3] *It is assumed funds will be transferred equally from Stone Oak, Casey UB, TADC, TAGS, TAWR, and TASH.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: Baxter Southwest | **Purpose:** Management of commercial real estate holdings

*(shown in USD)* | **Lender:** Sonora Bank

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Week Number --> | 1 | 2 | 3 | 4 | |
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts[1]** | - | 460 | - | - | 460 |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | (41,694) | - | (395) | (525) | (42,614) |
| Internet & Software | (1,440) | (4,040) | (415) | (240) | (6,135) |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | (38,502) | - | (49,526) | (88,029) |
| Taxes | - | - | - | - | - |
| Utilities | - | (590) | - | - | (590) |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | **(43,134)** | **(43,132)** | **(810)** | **(50,291)** | **(137,368)** |
| **Net Cash Flow from Operations** | **(43,134)** | **(42,672)** | **(810)** | **(50,291)** | **(136,908)** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow Before Restructuring** | **(43,134)** | **(42,672)** | **(810)** | **(50,291)** | **(136,908)** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **(43,134)** | **(42,672)** | **(810)** | **(50,291)** | **(136,908)** |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 41,948 | 5,000 | 5,000 | 4,190 | 41,948 |
| Intercompany Transfers[2,3] | 6,186 | 42,672 | - | 51,101 | 99,960 |
| Net Cash Flow | (43,134) | (42,672) | (810) | (50,291) | (136,908) |
| **Ending Cash Balance** | **5,000** | **5,000** | **4,190** | **5,000** | **5,000** |

***Footnotes:***

*[1] The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

*[2] The forecast assumes the use of intercompany transfers to support temporary working capital needs.*

*[3] It is assumed funds will be transferred equally from Stone Oak, Casey UB, TADC, TAGS, TAWR, and TASH.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: Stone Oak Retail Partners

*(shown in USD)*

**Project:** Retail Center (19,541 sq. ft.)

**Lender:** Jefferson Bank / RBFCU

| Week Number --> | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| | | | | | |
| **Total Receipts[1]** | - | 52,450 | 12,500 | - | **64,950** |
| | | | | | |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | (2,741) | - | - | - | (2,741) |
| Internet & Software | - | (110) | - | - | (110) |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | (850) | (6,200) | - | (850) | (7,900) |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | **(3,591)** | **(6,310)** | **-** | **(850)** | **(10,751)** |
| | | | | | |
| **Net Cash Flow from Operations** | **(3,591)** | **46,140** | **12,500** | **(850)** | **54,199** |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow Before Restructuring** | **(3,591)** | **46,140** | **12,500** | **(850)** | **54,199** |
| | | | | | |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow** | **(3,591)** | **46,140** | **12,500** | **(850)** | **54,199** |
| | | | | | |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 128,353 | 122,418 | 153,905 | 166,405 | 128,353 |
| Intercompany Transfers[2] | (2,345) | (14,653) | - | (13,879) | (30,876) |
| Net Cash Flow | (3,591) | 46,140 | 12,500 | (850) | 54,199 |
| **Ending Cash Balance** | **122,418** | **153,905** | **166,405** | **151,676** | **151,676** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temporary working capital needs at the Baxter entities.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: Casey UB Property Owner

*(shown in USD)*

**Project:** Goodwill (27,000 sq. ft.); Vacant space (~60,000 sq. ft.)

**Lender:** FirstBank Southwest

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| *Week Number -->* | | | | | |
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| *Week Start Date -->* | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| *Week Ending Date -->* | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts**[1] | **47,657** | **57,872** | **-** | **-** | **105,529** |
| **Operating Disbursements**[1] | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | (5,851) | - | (5,851) |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | (6,730) | - | - | - | (6,730) |
| Other Miscellaneous Expenses | (189) | - | - | - | (189) |
| **Total Operating Disbursements** | **(6,919)** | **-** | **(5,851)** | **-** | **(12,771)** |
| **Net Cash Flow from Operations** | **40,738** | **57,872** | **(5,851)** | **-** | **92,758** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Secured Lender - Interest | - | (61,069) | - | - | (61,069) |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **(61,069)** | **-** | **-** | **(61,069)** |
| **Net Cash Flow Before Restructuring** | **40,738** | **(3,197)** | **(5,851)** | **-** | **31,689** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **40,738** | **(3,197)** | **(5,851)** | **-** | **31,689** |
| **Liquidity Summary**[1] | | | | | |
| Beginning Cash Balance | 44,041 | 82,434 | 64,584 | 58,733 | 44,041 |
| Intercompany Transfers[2] | (2,345) | (14,653) | - | (13,879) | (30,876) |
| Net Cash Flow | 40,738 | (3,197) | (5,851) | - | 31,689 |
| **Ending Cash Balance** | **82,434** | **64,584** | **58,733** | **44,854** | **44,854** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temporary working capital needs at the Baxter entities.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: River Mill NB

*(shown in USD)*

**Project:** Master-planned redevelopment in New Braunfels

**Lender:** BCL-CRE 3 LLC

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| Week Number --> | | | | | **Total** |
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| | | | | | |
| **Total Receipts**[1] | - | 2,500 | - | - | **2,500** |
| | | | | | |
| **Operating Disbursements**[1] | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | - | - | - | - | - |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow from Operations** | **-** | **2,500** | **-** | **-** | **2,500** |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow Before Restructuring** | **-** | **2,500** | **-** | **-** | **2,500** |
| | | | | | |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow** | **-** | **2,500** | **-** | **-** | **2,500** |
| | | | | | |
| **Liquidity Summary**[1] | | | | | |
| Beginning Cash Balance | 9,441 | 9,441 | 11,941 | 11,941 | 9,441 |
| Net Cash Flow | - | 2,500 | - | - | 2,500 |
| **Ending Cash Balance** | **9,441** | **11,941** | **11,941** | **11,941** | **11,941** |

*Footnotes:*

*[1] The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: TADC

*(shown in USD)*

**Project:** 321-unit Class A multi-family apartment complex

**Lender:** American National Insurance Company

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| Week Number --> | 1 | 2 | 3 | 4 | |
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts[1]** | **22,831** | **327,328** | **45,517** | **25,741** | **421,416** |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Operating Costs | (15,555) | (7,731) | (5,692) | (9,603) | (38,581) |
| Management Fee | (17,518) | (3,201) | (15,554) | (11,419) | (47,693) |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | (22,300) | (22,300) | - | (22,300) | (66,900) |
| Taxes | - | - | - | - | - |
| Utilities | (3,642) | (3,306) | (6,687) | (3,108) | (16,743) |
| Other Miscellaneous Expenses | (3,702) | (2,115) | (529) | (1,587) | (7,933) |
| **Total Operating Disbursements** | **(62,717)** | **(38,654)** | **(28,462)** | **(48,017)** | **(177,850)** |
| **Net Cash Flow from Operations** | **(39,886)** | **288,674** | **17,055** | **(22,277)** | **243,566** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow Before Restructuring** | **(39,886)** | **288,674** | **17,055** | **(22,277)** | **243,566** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **(39,886)** | **288,674** | **17,055** | **(22,277)** | **243,566** |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 1,411,126 | 1,368,896 | 1,642,917 | 1,659,972 | 1,411,126 |
| Intercompany Transfers[2] | (2,345) | (14,653) | - | (13,879) | (30,876) |
| Net Cash Flow | (39,886) | 288,674 | 17,055 | (22,277) | 243,566 |
| **Ending Cash Balance** | **1,368,896** | **1,642,917** | **1,659,972** | **1,623,816** | **1,623,816** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temporary working capital needs at the Baxter entities.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: TAGS

*(shown in USD)*

**Project:** 300-unit Class A multi-family apartment complex

**Lender:** American National Insurance Company

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| *Week Number -->* | | | | | **Total** |
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| *Week Start Date -->* | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| *Week Ending Date -->* | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| | | | | | |
| **Total Receipts[1]** | **21,814** | **302,899** | **42,067** | **17,384** | **384,164** |
| | | | | | |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Operating Costs | (17,417) | (8,184) | (7,618) | (6,856) | (40,075) |
| Management Fee | (12,089) | (2,258) | (9,407) | (7,810) | (31,564) |
| Insurance | - | - | (17,850) | - | (17,850) |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | (17,100) | (17,100) | - | (17,100) | (51,300) |
| Taxes | - | - | - | - | - |
| Utilities | (11,242) | (12,018) | (3,215) | (2,060) | (28,536) |
| Other Miscellaneous Expenses | (1,360) | (1,360) | - | (453) | (3,173) |
| **Total Operating Disbursements** | **(59,207)** | **(40,920)** | **(38,091)** | **(34,280)** | **(172,498)** |
| | | | | | |
| **Net Cash Flow from Operations** | **(37,394)** | **261,979** | **3,976** | **(16,896)** | **211,666** |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow Before Restructuring** | **(37,394)** | **261,979** | **3,976** | **(16,896)** | **211,666** |
| | | | | | |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| | | | | | |
| **Net Cash Flow** | **(37,394)** | **261,979** | **3,976** | **(16,896)** | **211,666** |
| | | | | | |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 809,871 | 770,132 | 1,017,459 | 1,021,435 | 809,871 |
| Intercompany Transfers[2] | (2,345) | (14,653) | - | (13,879) | (30,876) |
| Net Cash Flow | (37,394) | 261,979 | 3,976 | (16,896) | 211,666 |
| **Ending Cash Balance** | **770,132** | **1,017,459** | **1,021,435** | **990,660** | **990,660** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temporary working capital needs at the Baxter entities.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: TAWR

*(shown in USD)*

**Project:** 301-unit Class A multi-family apartment complex

**Lender:** Fifth Third Bank, N.A.

| | 1 | 2 | 3 | 4 | |
|---|---|---|---|---|---|
| Week Number --> | | | | | Total |
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts[1]** | **38,867** | **351,270** | **99,424** | **17,044** | **506,606** |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Operating Costs | (27,965) | (14,032) | (10,700) | (9,587) | (62,284) |
| Management Fee | (16,505) | (3,073) | (15,233) | (11,503) | (46,313) |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | (24,700) | (24,700) | - | (24,700) | (74,100) |
| Taxes | - | - | - | - | - |
| Utilities | (3,951) | (27,196) | (26,988) | (987) | (59,122) |
| Other Miscellaneous Expenses | (2,316) | (1,158) | (579) | (1,158) | (5,211) |
| **Total Operating Disbursements** | **(75,437)** | **(70,159)** | **(53,500)** | **(47,935)** | **(247,030)** |
| **Net Cash Flow from Operations** | **(36,569)** | **281,111** | **45,924** | **(30,891)** | **259,576** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow Before Restructuring** | **(36,569)** | **281,111** | **45,924** | **(30,891)** | **259,576** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **(36,569)** | **281,111** | **45,924** | **(30,891)** | **259,576** |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 1,318,836 | 1,279,923 | 1,546,381 | 1,592,305 | 1,318,836 |
| Intercompany Transfers[2] | (2,345) | (14,653) | - | (13,879) | (30,876) |
| Net Cash Flow | (36,569) | 281,111 | 45,924 | (30,891) | 259,576 |
| **Ending Cash Balance** | **1,279,923** | **1,546,381** | **1,592,305** | **1,547,536** | **1,547,536** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temporary working capital needs at the Baxter entities.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: TASH

*(shown in USD)*

**Project:** 293-unit Class A multi-family apartment complex

**Lender:** Fifth Third Bank, N.A.

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Week Number --> | | | | | |
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | **Total** |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts**[1] | **7,522** | **44,211** | **8,768** | **3,539** | **64,040** |
| **Operating Disbursements**[1] | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Operating Costs | (20,116) | (10,300) | (6,717) | (12,100) | (49,233) |
| Management Fee | (14,080) | (2,227) | (10,430) | (6,898) | (33,635) |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | (16,100) | (16,100) | - | (16,100) | (48,300) |
| Taxes | - | - | - | - | - |
| Utilities | (1,952) | (1,773) | (3,003) | (1,203) | (7,931) |
| Other Miscellaneous Expenses | - | (500) | - | - | (500) |
| **Total Operating Disbursements** | **(52,248)** | **(30,901)** | **(20,150)** | **(36,300)** | **(139,599)** |
| **Net Cash Flow from Operations** | **(44,726)** | **13,310** | **(11,382)** | **(32,762)** | **(75,559)** |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow Before Restructuring** | **(44,726)** | **13,310** | **(11,382)** | **(32,762)** | **(75,559)** |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | **-** | **-** | **-** | **-** | **-** |
| **Net Cash Flow** | **(44,726)** | **13,310** | **(11,382)** | **(32,762)** | **(75,559)** |
| **Liquidity Summary**[1] | | | | | |
| Beginning Cash Balance | 867,990 | 820,919 | 819,577 | 808,195 | 867,990 |
| Intercompany Transfers[2] | (2,345) | (14,653) | - | (13,879) | (30,876) |
| Net Cash Flow | (44,726) | 13,310 | (11,382) | (32,762) | (75,559) |
| **Ending Cash Balance** | **820,919** | **819,577** | **808,195** | **761,554** | **761,554** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

[2] *The forecast assumes the use of intercompany transfers to support temporary working capital needs at the Baxter entities.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: Casey Pearce

*(shown in USD)*

**Project:** Land (9.80 acres)

**Lender:** BHA Financial LP

| Week Number --> | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Actual / Forecast --> | *Forecast* | *Forecast* | *Forecast* | *Forecast* | |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts**[1] | - | - | - | - | - |
| **Operating Disbursements**[1] | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | - | - | - | - | - |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow from Operations** | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow Before Restructuring** | - | - | - | - | - |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | - | - | - | - | - |
| **Net Cash Flow** | - | - | - | - | - |
| **Liquidity Summary**[1] | | | | | |
| Beginning Cash Balance | 4,510 | 4,510 | 4,510 | 4,510 | 4,510 |
| Net Cash Flow | - | - | - | - | - |
| **Ending Cash Balance** | **4,510** | **4,510** | **4,510** | **4,510** | **4,510** |

**_Footnotes:_**

*[1] The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

**TAWR Property Owner, Ltd., et al.**

Cash Collateral Forecast: Casey Calaveras

*(shown in USD)*

**Project:** Land (61.6 acres)

**Lender:** BHA Financial LP

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| Week Number --> | | | | | |
| Actual / Forecast --> | Forecast | Forecast | Forecast | Forecast | Total |
| Week Start Date --> | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| Week Ending Date --> | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts**[1] | - | - | - | - | - |
| **Operating Disbursements**[1] | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | - | - | - | - | - |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow from Operations** | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow Before Restructuring** | - | - | - | - | - |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | - | - | - | - | - |
| **Net Cash Flow** | - | - | - | - | - |
| **Liquidity Summary**[1] | | | | | |
| Beginning Cash Balance | - | - | - | - | - |
| Net Cash Flow | - | - | - | - | - |
| **Ending Cash Balance** | - | - | - | - | - |

**_Footnotes:_**

*[1] The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

**Baxter Southwest Corporate Realty Services, Inc., et al.**

Cash Collateral Forecast: Casey Ventures

*(shown in USD)*

**Asset:** Note Receivable secured by interest in 4.72 acres
**Borrower:** RV Park Holdings LLC

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| *Week Number -->* | | | | | |
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | Total |
| *Week Start Date -->* | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| *Week Ending Date -->* | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| **Total Receipts[1]** | - | - | - | - | - |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | - | - | - | - | - |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow from Operations** | - | - | - | - | - |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - |
| **Net Cash Flow Before Restructuring** | - | - | - | - | - |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | - | - | - | - | - |
| **Net Cash Flow** | - | - | - | - | - |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 15,436 | 15,436 | 15,436 | 15,436 | 15,436 |
| Net Cash Flow | - | - | - | - | - |
| **Ending Cash Balance** | **15,436** | **15,436** | **15,436** | **15,436** | **15,436** |

**_Footnotes:_**

*[1] The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

**Baxter Southwest Corporate Realty Services, Inc., et al.**

Cash Collateral Forecast: DCI Developers

*(shown in USD)*

**Asset:** Note Receivable secured by interest in 12.65 acres
**Borrower:** RV Park Holdings LLC

| | 1 | 2 | 3 | 4 | Total |
|---|---|---|---|---|---|
| *Week Number -->* | | | | | |
| *Actual / Forecast -->* | *Forecast* | *Forecast* | *Forecast* | *Forecast* | Total |
| *Week Start Date -->* | 3/23/2026 | 3/30/2026 | 4/6/2026 | 4/13/2026 | 3/23/2026 |
| *Week Ending Date -->* | 3/27/2026 | 4/3/2026 | 4/10/2026 | 4/17/2026 | 4/17/2026 |
| | | | | | |
| **Total Receipts[1]** | - | - | - | - | - |
| | | | | | |
| **Operating Disbursements[1]** | | | | | |
| Construction & Development Costs | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Internet & Software | - | - | - | - | - |
| Office Rent | - | - | - | - | - |
| Payroll & Benefits | - | - | - | - | - |
| Taxes | - | - | - | - | - |
| Utilities | - | - | - | - | - |
| Other Miscellaneous Expenses | - | - | - | - | - |
| **Total Operating Disbursements** | - | - | - | - | - |
| | | | | | |
| **Net Cash Flow from Operations** | - | - | - | - | - |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| Ordinary Course Professionals | - | - | - | - | - |
| Other Non-Operating Disbursements | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - |
| | | | | | |
| **Net Cash Flow Before Restructuring** | - | - | - | - | - |
| | | | | | |
| **Restructuring Costs** | | | | | |
| Ch. 11 Professional Fees | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - |
| Utility Deposits | - | - | - | - | - |
| Adequate Protection | - | - | - | - | - |
| **Total Restructuring Costs** | - | - | - | - | - |
| | | | | | |
| **Net Cash Flow** | - | - | - | - | - |
| | | | | | |
| **Liquidity Summary[1]** | | | | | |
| Beginning Cash Balance | 118 | 118 | 118 | 118 | 118 |
| Net Cash Flow | - | - | - | - | - |
| **Ending Cash Balance** | **118** | **118** | **118** | **118** | **118** |

*Footnotes:*

[1] *The Debtors routinely maintained security deposits within cash operating accounts received through receipts and refunded through disbursements in the normal course of business. Reconciliation efforts are ongoing.*

## EXHIBIT B

### Prepetition Secured Lenders & Prepetition Loan Documents

| Secured Lender | Debtor(s) | Loan(s) |
|---|---|---|
| Randolph-Brooks Federal Credit Union | C-5 Holdings, LLC<br>C-5 Investors Mezz, LLC | *Construction Loan Agreement* and *Promissory Note* dated February 26, 2021, in the original principal amount of $7,381,000.00 |
| Fifth Third Bank, NA | TAWR Property Owner, Ltd.<br>("Tacara at Weiss Ranch") | *Construction Loan Agreement* and *Promissory Note* dated May 27, 2022, in the original principal amount of $44,600,000.00 |
| Fifth Third Bank, NA | TASH Property Owner, LLC<br>("Tacara at Steubing Heights") | *Construction Loan Agreement* and *Promissory Note* dated June 9, 2023, in the original principal amount of $36,000,000.00 |
| American National Insurance Company | TAGS Property Owner, Ltd.<br>("Tacara at Gruene") | *Construction Loan Agreement* and *Promissory Note* dated October 2021 and *Promissory Note* dated October 2021, in the original total principal amount not to exceed $46,740,000.00 |
| American National Insurance Company | TADC Property Owner, Ltd.<br>("Tacara at Dove Creek") | *Construction Loan Agreement* and *Promissory Note* dated September 15, 2021 and *Promissory Note* dated September 15, 2021, in the total original principal amount not to exceed $46,900,000.00 |
| BCL-CRE 3 LLC | River Mill NB, LLC<br>("River Mill Office/Retail/Residential") | *Loan Agreement* between River Mill NB, LLC, NB Sawmill TIC 10, LLC, NB Sawmill TIC 5, LLC, and BCL-CRE 3 LLC dated June 27, 2022, in the total original principal amount not to exceed $16,700,000.00<br><br>Second Lien Deeds of Trust: Stone Oak Retail Partners, Ltd.; Baxter Southwest Corporate Realty Services, Inc.; Casey Calaveras, LLC |
| FirstBank Southwest | Casey UB Property Owner, Ltd.<br>("Casey UB Shopping Center") | *Loan Agreement* and *Promissory Note* dated April 4, 2022, in the total principal amount of $7,800,000.00 |
| Jefferson Bank | Stone Oak Retail Partners, Ltd.<br>("Stone Oak Retail Center") | *Construction Loan Agreement* and *Promissory Note* dated May 20, 2021, in the original principal amount of $7,500,000.00 |
| BHA Financial, L.P. | Casey Calaveras LLC | *Construction Loan Agreement* and *Promissory Note* dated August 29, 2022, in the original principal amount of $2,072,000.00 |
| BHA Financial, L.P. | Casey Pearce LLC | *Commercial Loan Agreement* and *Promissory Note* dated August 25, 2022, in the original principal amount of $1,940,000.00 |
| Sonora Bank | Baxter Southwest Corporate Realty Services, Inc. | Loan Agreement |
| Jefferson Bank | Baxter Contracting, LLC | *Commercial Loan Agreement* dated September 17, 2020 in the original principal amount of $1,500,000.00 |
| U.S. Small Business Administration (SBA) | Baxter Southwest Corporate Realty Services, Inc.<br>One Hailey Casey Limited | *SBA Loan Agreement* |

**EXHIBIT B-1**

1.      Loan Agreement by River Mill, NB Sawmill TIC 10, LLC, and NB Sawmill TIC 5, LLC (collectively, the "River Mill Borrowers"), as borrowers, and BCL-CRE 3 LLC ("BCL"), as lender, dated June 27, 2022 (the "BCL Loan Agreement," and collectively with the BCL Note, the BCL Amendments, the BCL Forbearance Agreements (as such documents are defined herein), and all other agreements and documents arising in connection with the BCL Loan Agreement or the BCL Note, including any and all amendments, modifications, supplements, extensions, forbearance agreements, or other agreements of any kind, the "BCL Loan Documents").  The BCL Loan Documents, include, but are not limited to, the following:

a.      Promissory Note in the original principal amount of $16,700,000.00 by the River Mill Borrowers, as borrowers, in favor of BCL, as lender, dated June 27, 2022 (the "BCL Note");

b.      Omnibus Amendment No. 1 to Loan Documents executed by the River Mill Borrowers, as borrowers, Darren B. Casey ("Casey" and collectively with the River Mill Borrowers, the "River Mill Credit Parties"), as guarantor, and BCL-CRE 3 LLC, as lender, dated December 27, 2023 (the "BCL Omnibus Amendment 1");

c.      Omnibus Amendment No. 2 to Loan Documents by and among the River Mill Credit Parties and BCL dated September 27, 2024 (the "BCL Omnibus Amendment 2");

d.      Omnibus Amendment No. 3 to Loan Documents by and among the River Mill Credit Parties and BCL, dated November 1, 2024 (the "BCL Omnibus Amendment 3," and collectively with the BCL Omnibus Amendment 1 and BCL Omnibus Amendment 2, the "BCL Amendments");

e.      Forbearance Agreement by and among the River Mill Credit Parties and BCL, dated March 27, 2025 (the "BCL Forbearance Agreement");

f.      Amendment No. 1 to Forbearance Agreement by and among the River Mill Credit Parties and BCL, dated June 15, 2025 (the "BCL Forbearance Amendment No. 1");

g.      Amendment No. 2 to Forbearance Agreement by and among the River Mill Credit Parties and BCL, dated September 1, 2025 (the "BCL Forbearance Amendment No. 2," and collectively with the BCL Forbearance Agreement and BCL Forbearance Amendment No. 1, the "BCL Forbearance Agreements")

h.      *Deed of Trust, Security Agreement, Financing Statement and Assignment of Rents* (the "River Mill DOT") by and between the River Mill Borrowers, as trustors, and BCL, as beneficiary, dated June 27, 2022, and recorded as Document No. 202206029751 in the Official Public Records of Comal County, Texas, securing the real property located at 555 Porter Street, New Braunfels, Texas 78130 (the "River Mill Property");

i.   *UCC-1 Financing Statement (Fixture Filing)* (the "River Mill UCC") naming River Mill as debtor (and related entities as additional debtors on the addendum) and BCL as secured party, filed as Document No. 202206029774 in the Office of Public Records of Comal County, Texas, securing certain assets associated with the River Mill Property;

j.   Assignment of Leases and Rents by and between the River Mill Borrowers, as assignors, and BCL, as assignee, dated June 27, 2022 (the "BCL Assignment," and collectively with the River Mill DOT and River Mill UCC, the "River Mill Security Documents");

k.   *Deed of Trust, Security Agreement, Financing Statement and Assignment of Rents* (the "Stone Oak DOT") by and between Stone Oak Retail Partners, Ltd., as trustor, and BCL, as beneficiary, dated January 12, 2024, and recorded as Document No. 20240007640 in the Official Public Records of Bexar County, Texas, securing the real property located at 22815 N US Hwy 281, Burnet, Texas 78611 (the "Pet Paradise Property");

l.   *Deed of Trust, Security Agreement, Financing Statement and Assignment of Rents* (the "Baxter DOT") by and between Baxter Southwest Corporate Realty Services, Inc., as trustor, and BCL, as beneficiary, dated June 15, 2025, and recorded as Document No. 20250121697 in the Official Public Records of Bexar County, Texas, securing the real property located at 728 Garraty Circle, Terrell Hills, Texas (the "Baxter Property"); and

m.   *Deed of Trust, Security Agreement, Financing Statement and Assignment of Rents* (the "Calaveras DOT," and collectively with the Stone Oak DOT and the Baxter DOT, the "BCL Second Lien Security Documents") by and between Casey Calaveras, LLC, as trustor, and BCL, as beneficiary, dated September 1, 2025, and recorded as Document No. 20250196434 in the Official Public Records of Bexar County, Texas, securing the real property located at 13350 Stuart Road, San Antonio, Texas 78263 (the "Calaveras Property," and collectively with the River Mill Property, the Pet Paradise Property, and the Baxter Property, the "BCL Properties").

## EXHIBIT C

### UCC Filings

| Debtor | State Filed | Secured Party | Filing Number | Filing Date |
|---|---|---|---|---|
| "One Haily Casey Limited" | TX | SBA | 25-00258898 | 5/29/2025 |
| "One Haily Casey Limited" | TX | SBA | 20-0024504633 | 6/10/2020 |
| Baxter Contracting, LLC | TX | Jefferson Bank | 20-004949892 | 9/22/2020 |
| Baxter Contracting, LLC | TX | Jefferson Bank | 25-00496310 | 8/12/2025 |
| Baxter Contracting, LLC | TX | Jefferson Bank | 25-00497950 | 8/13/2025 |
| Baxter Southwest Corporate Realty Services, Inc. | TX | SBA | 20-0058593234 | 11/23/2020 |
| Baxter Southwest Corporate Realty Services, Inc. | TX | SBA | 25-57235735 | 10/9/2025 |
| C-5 Holdings, LLC | TX | Prosperity Bank | 16-0008090074 | 3/14/2016 |
| C-5 Holdings, LLC | TX | Prosperity Bank | 20-00481376 | 9/15/2020 |
| C-5 Holdings, LLC | TX | Prosperity Bank | 25-57093671 | 10/2/2025 |
| C-5 Holdings, LLC | TX | Randolph-Brooks Federal Credit Union | 21-008797640 | 3/3/2021 |
| Casey Calaveras LLC | TX | BHA Financial, L.P. | 22-0045221331 | 9/8/2022 |
| Casey UB Property Owner, Ltd. | TX | FirstBank Southwest | 22-0027492189 | 6/1/2022 |
| Casey Ventures, Inc. | TX | BHA Financial, L.P. | 25-0004069258 | 1/30/2025 |
| DCI Developers LLC | TX | BHA Financial, L.P. | 23-0029477276 | 7/5/2023 |
| DCI Developers LLC | TX | BHA Financial, L.P. | 23-0057135117 | 12/27/2023 |
| DCI Developers LLC | TX | BHA Financial, L.P. | 21-0046371347 | 10/19/2021 |
| DCI Developers LLC | TX | BHA Financial, L.P. | 24-0011870053 | 2/9/2024 |
| DCI Developers LLC | TX | BHA Financial, L.P. | 25-0001457791 | 1/10/2025 |
| DCI Developers LLC | TX | FirstBank Southwest | 25-0057623614 | 10/29/2025 |
| River Mill NB, LLC | TX | BCL-CRE 3 LLC | 22-0033433222 | 6/29/2022 |
| Stone Oak Retail Partners, Ltd. | TX | Jefferson Bank | 21-0020049038 | 5/14/2021 |
| Stone Oak Retail Partners, Ltd. | TX | Randolph-Brooks Federal Credit Union | 21-0008797761 | 3/3/2021 |
| Stone Oak Retail Partners, Ltd. | TX | Randolph-Brooks Federal Credit Union | 21-0008797882 | 3/3/2021 |
| TADC Property Owner, Ltd. | TX | American National Insurance Company | 21-045120914 | 10/13/2021 |
| TAGS Property Owner, Ltd. | TX | American National Insurance Company | 21-0046260304 | 10/13/2021 |
| TASH Property Owner, LLC | DE | Fifth Third Bank, NA | 2023-4210802 | 6/13/2023 |
| TAWR Property Owner, Ltd. | TX | Fifth Third Bank, NA | 22-0028353005 | 6/1/2022 |