## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re: TAWR PROPERTY OWNER
LTD., et al.,

§
§    Case No.:  26-90162-elm11
§
§
§
§
Debtor(s)    §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Hogewood III_____ Ashley_____ L_____

               *Last*                  *First*              *MI*

2. Firm Name: K&L Gates LLP_____

3. Address: 301 Hillsborough Street_____

             Suite 1200_____

             Raleigh, NC 27603_____

4. Phone: (919)743-7306_____ FAX: (919)743-7358_____

   Email: lee.hogewood@klgates.com_____

5. Name used to sign *all* pleadings: A. Lee Hogewood III_____

6. Retained by: Kent Companies, Texas, LLC_____

7. Admitted on 08/18/1990_____ and presently a member in good standing

   of the bar of the highest court of the state of North Carolina_____

   and issued the bar license number of 17457_____ .

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   | --- | --- |
   | U.S. District Court MDNC | 06/18/1991 |
   | U.S. Bankruptcy Court MDNC | 06/18/1991 |
   | U.S. Bankruptcy Court EDNC | 04/09/1999 |

   *Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

☒Yes ☐No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐Yes ☒No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐Yes ☒No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

*Date of Application*      *Case No. and Style*

_____      _____

_____      _____

_____      _____

13. Local counsel of record:   Artoush Varshosaz

14. Local counsel's address:   2828 N. Harwood Street, Suite 1800

Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.


A. Lee Hogewood III                                              3/31/2026
_____                          _____
Printed Name of Applicant                                   Date


_____
Signature of Applicant