Davor Rukavina
Texas Bar No. 24030781
Garrick C. Smith
Texas Bar No. 24088435
Jonathan S. Petree
Texas Bar No. 24116897
**MUNSCH HARDT KOPF & HARR, P.C.**
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
gsmith@munsch.com
jpetree@munsch.com

**ATTORNEYS FOR THE DEBTORS-IN-POSSESSION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAWR PROPERTY OWNER, LTD., *et al.*, | § | Case No. 26-90162-elm11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

# THE DEBTORS' WITNESS AND EXHIBIT LIST <u>FOR NOVEMBER 17, 2026, COMBINED CONFIRMATION HEARING</u>

TADC Property Owner, Ltd., TADC Partnership, Ltd., and Tacara at Dove Creek GP, LLC (the "<u>Dove Creek Debtors</u>"); and TAGS Property Owner, Ltd., TAGS Partnership, Ltd., and TAGS Partnership GP, LLC (the "<u>Tacara Gruene Debtors</u>"); hereby file this Witness and Exhibit List for the hearing scheduled for November 17, 2026 at 9:30 a.m. (CT) (the "<u>Hearing</u>").

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: C-5 Holdings, LLC (9822); C-5 Investors Mezz, LLC (9625); Baxter Contracting, LLC (2298); TAWR Property Owner, Ltd. (0544); TASH Property Owner, LLC (4107); TAWR Partnership, Ltd. (4172); Tacara Weiss Ranch Investors GP, LLC (4493); TAWR Preferred Partnership, LP (6900); Tacara at Weiss Ranch GP, LLC (4253); Tacara at Steubing Heights Holdings, LLC (1354); TASH Partnership, Ltd. (2168); Tacara at Steubing Heights GP, LLC (8403); Baxter Southwest Corporate Realty Services, Inc. (0163); Casey Calaveras LLC (1947); Casey Pearce LLC (8715); Casey UB GP, LLC (3841); Casey UB Partnership, Ltd. (7931); Casey UB Property Owner, Ltd. (9499); Casey Ventures, Inc. (0166); DCI Developers LLC (2552); "One Hailey Casey Limited" (8511); River Mill NB, LLC (6976); Stone Oak Retail GP, LLC (6923); Stone Oak Retail Partners, Ltd. (0495); Westpointe Retail Center, L.L.C. (8822); Tacara at Dove Creek GP, LLC (6070); TADC Partnership, Ltd. (5488); TADC Property Owner, Ltd. (1036); TAGS Partnership GP, LLC (4980); TAGS Partnership, Ltd. (5458); TAGS Property Owner, Ltd. (4551). The location of the Debtors' service address is 200 E. Basse, Suite 300, San Antonio, Texas 78209.

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing, whether in person, by proffer, by declaration, or through video or telephonic appearance, or any other means directed by the Court:

1. Darren B. Casey.
2. John D. Baumgartner.
3. Douglas J. Brickley.
4. Daniel Arbiter.
5. Michael Fleming.
6. Joshua Caldwell.

The Debtors reserve the right to call any witnesses designated or called by any other party. The Debtors also reserve the right to call unlisted witnesses for impeachment or rebuttal.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 1. | J. Baumgartner Expert Report – Dove Creek | | | |
| 2. | J. Baumgartner Expert Report – Tacara Gruene | | | |
| 3. | Dove Creek Appraisal as of 09/30/2026 | | | |
| 4. | Dove Creek ANICO Plan Payment Schedule | | | |
| 5. | Dove Creek Projections | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 6. | Dove Creek Projections Modeling | | | |
| 7. | Tacara Gruene Appraisal as of 09/30/2026 | | | |
| 8. | Tacara Gruene ANICO Plan Payment Schedule | | | |
| 9. | Tacara Gruene Projections | | | |
| 10. | Tacara Gruene Projections Modeling | | | |
| 11. | Tabulation Declaration – Dove Creek [Docket No. 580] | | | |
| 12. | Tabulation Declaration – Tacara Gruene [Docket No. 581] | | | |
| 13. | Certificate of Service – Dove Creek Solicitation Package [Docket No. 514] | | | |
| 14. | Certificate of Service – Tacara Gruene Solicitation Package [Docket No. 515] | | | |
| 15. | Claims Register – TADC Property Owner, Ltd. | | | |
| 16. | Claims Register – TADC Partnership, Ltd. | | | |
| 17. | Claims Register – Tacara at Dove Creek GP, LLC | | | |
| 18. | Claims Register – TAGS Property Owner, Ltd. | | | |
| 19. | Claims Register – TAGS Partnership, Ltd. | | | |
| 20. | Claims Register – TAGS Partnership GP, LLC | | | |
| 21. | ANICO Proof of Claim – Dove Creek | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 22. | ANICO Proof of Claim – Tacara Gruene | | | |
| 23. | Dove Creek – Construction Loan Agreement dated 09/15/2021 | | | |
| 24. | Dove Creek – Absolute, Unconditional Completion Guaranty | | | |
| 25. | Dove Creek – Absolute, Unconditional Payment and Performance Guaranty | | | |
| 26. | Dove Creek – Income Guaranty | | | |
| 27. | Tacara Gruene – Construction Loan Agreement | | | |
| 28. | Tacara Gruene – Absolute, Unconditional Completion Guaranty | | | |
| 29. | Tacara Gruene – Absolute, Unconditional Payment and Performance Guaranty | | | |
| 30. | Tacara Gruene – Income Guaranty | | | |
| 31. | Dove Creek – September MOR | | | |
| 32. | Dove Creek – August MOR | | | |
| 33. | Dove Creek – July MOR | | | |
| 34. | Tacara Gruene – September MOR | | | |
| 35. | Tacara Gruene – August MOR | | | |
| 36. | Tacara Gruene – July MOR | | | |

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| 37. | TADC Property Owner, Ltd. Agreement of Limited Partnership | | | |
| 38. | TADC Property Owner, Ltd. First Amendment to Agreement of Limited Partnership | | | |
| 39. | Tacara at Dove Creek GP, LLC Company Agreement | | | |
| 40. | TADC Partnership, Ltd. Limited Partnership Agreement | | | |
| 41. | TAGS Property Owner, Ltd. Agreement of Limited Partnership | | | |
| 42. | TAGS Property Owner, Ltd. First Amendment to Agreement of Limited Partnership | | | |
| 43. | TAGS Partnership GP, LLC Company Agreement | | | |
| 44. | TAGS Partnership GP, LLC First Amendment to Company Agreement | | | |
| 45. | TAGS Partnership, Ltd Agreement of Limited Partnership | | | |
| 46. | Schedules – TADC Property Owner, Ltd. | | | |
| 47. | Schedules – TADC Partnership, Ltd. | | | |
| 48. | Schedules – Tacara at Dove Creek GP, LLC | | | |
| 49. | Schedules – TAGS Property Owner, Ltd. | | | |
| 50. | Schedules – TAGS Partnership, LTD. | | | |
| 51. | Schedules – TAGS Partnership GP, LLC | | | |

The Debtors ask that the Court take judicial notice of the pleadings and transcripts filed (including any and all schedules, amendments, exhibits, and other attachments thereto) in the proceedings before this Court.

The Debtors reserve the right to use additional demonstrative exhibits in connection with the Hearing. The Debtors reserve the right to use any exhibits presented by any other party. The Debtors reserve the right to amend and/or supplement this exhibit list. The Debtors also reserve the right to use exhibits not listed herein for impeachment or rebuttal purposes at the Hearing.

Dated: November 13, 2026

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: *<u>/s/ Jonathan Petree</u>*

Davor Rukavina, Esq.
Texas Bar No. 24030781
Garrick C. Smith, Esq.
Texas Bar No. 24088435
Jonathan S. Petree, Esq.
Texas Bar No. 24116897
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
gsmith@munsch.com
jpetree@munsch.com

ATTORNEYS FOR THE
DEBTORS-IN-POSSESSION

## CERTIFICATE OF SERVICE

I certify that, on November 13, 2026, true and correct copies of the foregoing document were served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas on the parties registered or otherwise entitled to notice hereof in this proceeding.

By: *_/s/ Jonathan S. Petree_*
Jonathan S. Petree